**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAE ONER,

Plaintiff,

v. Case No. 8:26-cv-1655

FACTORTRUST, INC.,

Defendant.
_________________________________/

**DEFENDANT FACTORTRUST, INC.'S NOTICE OF REMOVAL**

COMES NOW FactorTrust, Inc. ("FactorTrust"), Defendant herein, and files this Notice of Removal pursuant to 28 U.S.C. § 1446 and in support thereof would respectfully show the Court as follows:

**A. PROCEDURAL BACKGROUND**

1. On or about April 30, 2026, Plaintiff filed this action in the County Court of the Tenth Judicial Circuit Court in and for Polk County, Florida ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq*., against FactorTrust, Inc.

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. FactorTrust was served with Plaintiff's Complaint on May 6, 2026. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

## B. GROUNDS FOR REMOVAL

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. *Id.* In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § *et seq.* Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

5. Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over the state law claims asserted by Plaintiff.

## C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Defendant FactorTrust, Inc. received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

7. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

8. Promptly after the filing of this Notice of Removal, FactorTrust shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the County Court of the Tenth Judicial Circuit Court in and for Polk County, Florida, as required by 28 U.S.C. § 1446(d).

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders, served upon Defendant FactorTrust, Inc. are attached hereto as **Exhibit A-1 through A-3**.

10. By filing this Notice of Removal, FactorTrust, Inc. consents to the removal of this case.

11. Trial has not commenced in the County Court of the Tenth Judicial Circuit Court in and for Polk County, Florida.

WHEREFORE, Defendant FactorTrust, Inc. respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Respectfully submitted,

*/s/ Sean Moloney*

Sean Moloney
Florida Bar No. 0638358
smoloney@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, TX 75024
(214) 560-5442
Fax: (214) 871-2111
***Counsel for FactorTrust, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Hubbard
Seraph Legal, P.A.
3505 E. Frontage Rd., Ste 145
Tampa, FL 33607
Telephone: (813) 567-1230
Fax: (855) 500-0705
JHubbard@seraphlegal.com
***Counsel for Plaintiff***

*/s/ Sean Moloney*
**SEAN MOLONEY**