# EXHIBIT A-1

**IN THE COUNTY COURT OF TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
SMALL CLAIMS DIVISION**

**MAE ONER,**

*Plaintiff,*

v.

**FACTORTRUST, INC.,**

*Defendant.*

Case No: ____________________

**JURY TRIAL DEMANDED**

## COMPLAINT AND JURY TRIAL DEMAND

**COMES NOW** the Plaintiff, **MAE ONER** (**"Ms. Oner"**), by and through her attorneys, Seraph Legal, P.A., and complains of the Defendant, **FACTORTRUST, INC.** (**"FactorTrust"** or **"Defendant"**), stating as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages not exceeding $8,000, exclusive of attorneys' fees and costs, brought by Ms. Oner against the Defendant for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

## JURISDICTION AND VENUE

2. Jurisdiction arises under the FCRA, 15 U.S.C. § 1681p and § 34.01, Fla. Stat.

3. The Defendant is subject to the provisions of the FCRA and to the jurisdiction of this Court pursuant to § 34.01, Fla. Stat.

4. Venue is proper in Polk County, because the acts complained of were committed and/or caused by the Defendant within Polk County.

## PARTIES

### Ms. Oner

5. **Ms. Oner** is a natural person residing in the City of Lakeland, Polk County, Florida.

6. Ms. Oner is a *Consumer* as defined by the FCRA, 15 U.S.C. § 1681a(c).

### FactorTrust

7. **FactorTrust** is a Delaware corporation, with a principal business address of P.O. Box 3653, Alpharetta, GA 30023.

8. FactorTrust's Delaware registered agent is **Corporation Service Company, 251 Little Lake Falls, Wilmington, DE 19808.**

9. FactorTrust is a *Consumer Reporting Agency* ("CRA") within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that it, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and uses various means of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically including mail and telephone communications.

## FACTUAL ALLEGATIONS

### FactorTrust's Inaccurate Consumer Reports Regarding Ms. Oner

10. At some point in or around January 2011, FactorTrust began maintaining a credit file on Ms. Oner. **SEE PLAINTIFF'S EXHIBIT A.**

11. FactorTrust, a CRA, programs its systems to acquire and report as much information as possible, with little regard to the quality of the data, or if the data could even possibly be true.

12. For instance, FactorTrust's report under the header "DRIVERS LICENSES" indicates redacted licenses for what appears Ms. Oner's actual driver's license number and any other that may or may not be hers. ***Id.***

| | | | | |
|---|---|---|---|---|
| 06/14/2025 | Makwa, LLC dba Makwa Finance | PO Box 343<br>Lac du Flambeau, WI 54538<br>855-853-4392<br>customerservice@makwafinance.com | *********6778 | |
| 10/29/2024 | Speedy Servicing | P.O. Box 3512<br>Champlain, NY 12919-3512<br>844-810-2274<br>info@speedyloan.com | ********7891 | |
| 10/28/2024 | Layma, LLC d/b/a Little Lake Lending | 2726 Mission Rancheria Road<br>Lakeport, CA 95453<br>18446009737<br>disputes@littlelakelending.com | ********7891 | |
| 10/28/2024 | Makwa, LLC dba Makwa Finance | PO Box 343<br>Lac du Flambeau, WI 54538<br>855-853-4392<br>customerservice@makwafinance.com | ********7891 | |
| 06/07/2024 | Community Choice Financial Inc / TitleMax | PO Box 550<br>Cleveland, TN 37364<br>855-920-9800<br>creditdispute@ccfi.com | *********8910 | |
| 11/25/2023 | Eagle Lending dba FineDay Funds | PO Box 457<br>Keshena, WI 54135<br>(844) 941-0035<br>disputes@finedayfunds.com | *********4747 | |
| 09/07/2023 | Niswi dba Lendumo | PO Box 542<br>Lac du Flambeau, WI 54538<br>8775581999<br>customerservice@lendumo.com | *********8910 | |
| 07/12/2023 | Eagle Lending dba FineDay Funds | PO Box 457<br>Keshena, WI 54135<br>(844) 941-0035<br>disputes@finedayfunds.com | *********8910 | |
| 11/11/2021 | American Web Loan | 749 US Highway 177<br>Red Rock, OK 74651<br>913-312-1005 | *********8910 | |
| 12/12/2020 | American Web Loan | 749 US Highway 177<br>Red Rock, OK 74651<br>913-312-1005 | *********8910 | |
| 11/24/2020 | Niswi dba Lendumo | PO Box 542<br>Lac du Flambeau, WI 54538<br>8775581999<br>customerservice@lendumo.com | *********8910 | |
| 11/24/2020 | Makes Cents, Inc. d/b/a MaxLend | 217 3rd Avenue NE<br>Parshall, NE 58770<br>1-877-936-4336<br>ProductHelp@slchq.com | *********8910 | |

13. Under the FCRA, the reporting agency is legally required to maintain "maximum possible accuracy" of its data.

14. It is clear that FactorTrust's report itself shows that Ms. Oner does have a driver's license number, as evidenced by all the other entries, but is mixed in with others reported. ***Id.***

15. Most subprime lenders use a driver's license number as a primary anchor for identity. An indication of no driver's license number, or the purported use of multiple/different license numbers, may result in a lender's inability to verify a consumer's identity.

16. At no point did Ms. Oner have, or claim to have, more than one driver's license.

17. Reports such as this highlights the lack of vetting that most information supplied to FactorTrust goes through when FactorTrust incorporates information to a consumer's report.

18. Furthermore, when Ms. Oner requested her credit file disclosure to review the contents of her file, FactorTrust redacted large amounts of information it included in Ms. Oner's credit file such as:

- Date of Birth
- Email addresses;
- Telephone/Home numbers;
- and, Bank account numbers

***Id.***

19. FactorTrust redacted all but the last four digits of each of the telephone numbers, driver's license numbers, and bank account numbers and redacted all but the first and last character of Ms. Oner's email addresses, making it impossible to disambiguate this data due to FactorTrust's redaction of information.

20. FactorTrust provides the above listed information as unredacted in reports it sells to its customers but redacts the information in disclosures to consumers.

21. Nothing in the FCRA allowed FactorTrust to redact this information, but it did so anyway.

22. Additionally in a July 10, 2020 entry, RBC Servicing, LLC, a lender which made loans at over 700% interest and terminated business operations after a class action lawsuit accused it of violating federal anti-racketeering statutes, reported a home telephone number as "(***) ***-

0." This is obviously incorrect as all standard, assigned telephone numbers in the United States end with a four-digit line number. ***Id.***

23. The above illustrates FactorTrust's complete lack of standards or vetting of information reported to it, as four-digit phone numbers have not existed in Florida since at least 1947.

24. This also illustrates FactorTrust's critical reporting failures which obscure Ms. Oner's actual credit history, making it difficult for lenders to verify her identity and increasing the risk of fraud alerts and denials of credit.

25. FactorTrust also claimed that Ms. Oner has been paid "Weekly," and "Bi-Weekly." ***Id.***

26. This information is demonstrably false, as at no point was Ms. Oner paid Weekly.

27. FactorTrust's entries in December 2015 present a textbook case of contradictory data reporting. Specifically on December 2015, FactorTrust reported Ms. Oner was paid $3,000.00 "Bi-Weekly." However, the very same day on May 15, 2023, FactorTrust reported Ms. Oner was paid $6,500.00 "Bi-Weekly." As common sense dictates, it is no possible for the same consumer to have two different payroll amounts for the same employer at the same time. ***Id.***

28. As FactorTrust's credit scoring system heavily considers the consumer's income stability, the presence of information suggesting Ms. Oner was paid more or less than her real income is heavily detrimental to her, since most creditors obtaining her report from FactorTrust use income as a decision factor.

29. In the "Bank Accounts" section of the FactorTrust report, FactorTrust incorporated the reporting of different primary bank accounts for Ms. Oner during the same timeframe. For

example, on November 6, 2025 and October 31, 2025, respectively, FactorTrust's report indicates that one lender reported two completely different bank accounts within a week:

- WLCC Lending dba JustLoans reported an account ending in 6070; and
- WLCC Lending dba JustLoans reported an account ending in 3076.

***Id.***

30. FactorTrust published this as accurate without reconciling which bank account is actually valid. This creates a fragmented and unreliable financial profile that directly impacts Ms. Oner's creditworthiness. Perhaps worse, it then redacted the account numbers in its credit file disclosure to her, making it more difficult for her to investigate.

31. Most subprime lenders use automated systems to verify bank accounts. Two different routing/account numbers reported can trigger an identity theft alert, leading to an automatic denial of credit.

32. FactorTrust's failure to utilize reasonable procedures to ensure maximum possible accuracy of the reports it sells is keenly illustrated in how reports credit account information.

33. For example, Ms. Oner's FactorTrust credit file contains a tradeline furnished by "Self Lender," concerning a loan with one-year terms and which requires monthly payment.

34. The account was opened in May 2020 and last updated in February 2021, and reports an active $40 balance still owed:

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Self Lender | 2577 | 515 Congress Ave<br>Suite 2000<br>Austin, TX 78701<br>877-883-0999<br>help@selflender.com | Secured | 05/12/2020 | 02/28/2021 | $539.00 | $40.00 | $0.00 | 360 | Current Account | 8697224 | 07/31/2020 |

35. As is virtually axiomatic, a loan with one-year payment terms, originated in May 2020 and last updated February 2021, will no longer be up-to-date after the end of March 2021, much less in March 2026.

36. The fact FactorTrust continues to incorporate reporting, which is obviously and, on its face, no longer accurate is keenly demonstrative of their lack of reasonable procedures.

37. FactorTrust abjectly fails to maintain reasonable procedures designed to ensure maximum possible accuracy of data it includes in reports it sells about consumers, including Ms. Oner.

38. FactorTrust, a subsidiary of TransUnion LLC, one of the largest CRAs in the world, operates in stark contrast to its parent company.

39. While Trans Union enforces Metro 2 guidelines – industry standards which contain hundreds of pages of explanation on how to report information, covering almost any conceivable scenario, and which is used by other large CRAs and serves as a *lingua franca* – FactorTrust requires no such compliance with Metro 2 guidelines and has no discernable quality-assurance standards.

40. The FCRA is clear in its requirement that FactorTrust, as a CRA, is required to prepare accurate reports:

> Accuracy of Report. Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates. *15 U.S.C. §1681e(b).*

41. FactorTrust was required to follow reasonable procedures to assure maximum possible accuracy of the information concerning Ms. Oner.

42. FactorTrust was thus aware that when it sold reports on Ms. Oner in the last five years that, under a best-case scenario, it was selling data and other information it knew it had included without regard to accuracy or completeness.

43. FactorTrust thus failed to use reasonable procedures when preparing each of the dozens of credit reports it sold concerning Ms. Oner in the last 24 months.

44. FactorTrust also failed to "clearly and accurately" disclose the contents of Ms. Oner's credit file to her upon her request, as it redacted a huge percentage of her credit file data.

45. As a result of the Defendant's actions, Ms. Oner has suffered damages, including wasted time trying to figure out what the information in her FactorTrust file means and how it got there, lost financial opportunities, loss of credit, lower credit scores, significant emotional distress and aggravation, and damage to her reputation.

46. Ms. Oner has hired the undersigned law firm to represent her in this matter and has assigned the firm her right to fees and costs.

**COUNT I**
**FACTORTRUST'S WILLFUL VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681e(b)**

47. Ms. Oner adopts and incorporates paragraphs 1 – 46 as if fully stated herein.

48. FactorTrust violated **15 U.S.C. § 1681e(b)** when it failed to follow reasonable procedures to assure maximum possible accuracy of the consumer reports sold regarding Ms. Oner when FactorTrust sold dozens of consumer reports containing outdated tradeline information and other obvious inaccuracies.

49. FactorTrust has been sued on numerous occasions for very similar situations and knows that it frequently sells reports with erroneous and outdated information about consumers.

50. FactorTrust's conduct was thus willful or done with a reckless disregard for Ms. Oner's rights under the FCRA.

51. As a result of its conduct, FactorTrust is liable to Ms. Oner pursuant to the FCRA for the greater of Ms. Oner's actual damages or statutory damages of up to $1,000 for *each occurrence*, punitive damages, reasonable attorneys' fees, and costs, per 15 U.S.C. § 1681n.

**WHEREFORE**, Ms. Oner respectfully requests this Honorable Court enter judgment against FactorTrust for:

a. The greater of Ms. Oner's actual damages and statutory damages of **$1,000** per incident pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1681n(a)(3); and,

d. Such other relief that this Court deems just and proper.

**COUNT II**
**FACTORTRUST'S NEGLIGENT VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681e(b)**
**(Pled in the Alternative to Count I)**

52. Ms. Oner adopts and incorporates paragraphs 1 –46 as if fully stated herein, and pleads this count strictly in the alternative to Count I.

53. FactorTrust violated **15 U.S.C. § 1681e(b)** when it failed to follow reasonable procedures to assure maximum possible accuracy of the consumer reports sold regarding Ms. Oner when FactorTrust sold dozens of consumer reports containing outdated tradeline information and other obvious inaccuracies.

54. FactorTrust owed Ms. Oner a legal duty to utilize reasonable procedures to assure the maximum possible accuracy of its consumer reports regarding Ms. Oner.

55. FactorTrust breached this duty when it sold consumer reports containing erroneous and outdated information about consumers.

56. FactorTrust thus acted negligently, and Ms. Oner is entitled to her actual damages, attorneys' fees, and costs, pursuant to 15 U.S.C. § 1681o.

**WHEREFORE**, Ms. Oner respectfully requests this Honorable Court enter judgment against FactorTrust for:

a. Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. § 1681o(a)(2); and

c. Such other relief that this Court deems just and proper.

**COUNT III**
**FACTORTRUST'S WILLFUL VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681g(a)(1)**

57. Ms. Oner adopts and incorporates Paragraphs 1 – 46 as if fully restated herein.

58. FactorTrust violated 15 U.S.C. § 1681g(a)(1) when it failed to clearly and accurately disclose all the information it had in its file by providing Ms. Oner with a redacted version of her Consumer Disclosure, including information which became meaningless when redacted, and which was not redacted when sold to Ms. Oner's creditors.

59. FactorTrust has been notified through litigation that its disclosures to consumers fail to properly disclose this information.

60. FactorTrust's conduct was thus willful and intentional, or, alternatively, was performed with reckless disregard for its duties under the FCRA to provide clear and accurate disclosures.

61. As a result of its conduct, FactorTrust is liable to Ms. Oner pursuant to the FCRA for the greater of Ms. Oner's actual damages or statutory damages of up to $1,000 for *each occurrence*, punitive damages, reasonable attorneys' fees, and costs, per 15 U.S.C. § 1681n.

**WHEREFORE**, Ms. Oner respectfully requests this Honorable Court enter judgment against FactorTrust for:

a. The greater of Ms. Oner's actual damages and statutory damages of **$1,000** per incident pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. § 1681n(a)(3); and,

d. Such other relief that this Court deems just and proper.

**COUNT IV**
**FACTORTRUST'S NEGLIGENT VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681g(a)(1)**
**(Pled in the alternative to Count III)**

62. Ms. Oner adopts and incorporates Paragraphs 1 – 46 as if fully restated herein and strictly pled in the alternative to Count III.

63. FactorTrust owed Ms. Oner a legal duty to accurately disclose all the information in her credit file upon her request.

64. FactorTrust breached this duty when it only provided Ms. Oner with a redacted version of her Consumer Disclosure, including information which became meaningless when redacted, and which was not redacted when sold to Ms. Oner's creditors.

65. FactorTrust's breach amounts to a negligent violation of 15 U.S.C. § 1681g(a)(1), and Ms. Oner is entitled to her actual damages, attorneys' fees, and costs pursuant to 15 U.S.C. § 1681o.

**WHEREFORE**, Ms. Oner respectfully requests this Honorable Court enter judgment against FactorTrust for:

a. Ms. Oner's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. § 1681o(a)(2); and,

c. Such other relief that this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted on April 30, 2026, by:

**SERAPH LEGAL, P. A.**

*/s/ James Hubbard*
James Hubbard, Esq.
Florida Bar No.: 121405
JHubbard@SeraphLegal.com
3505 E Frontage Rd., Suite 145
Tampa, FL 33607
Tel: 813-567-1230
Fax: 855-500-0705
*Counsel for Plaintiff*

**ATTACHED EXHIBIT LIST**

A. Ms. Oner's FactorTrust Disclosure, July 15, 2025 – Excerpts

# FactorTrust

## Consumer Disclosure Credit Report

**Report Number:**

**Report Date: 3/23/2026**

To view a summary of your rights under the Fair Credit Reporting Act, please click on the following link:

**Subject**

| | |
|---|---|
| Name: Mae Oner | Social Security Number: [redacted] |
| In File since: 1/13/2011 | Date of Birth: [redacted] |
| Dispute Date: | |

**Subject**

| | |
|---|---|
| Name: Mae Oner | Social Security Number: [redacted] |
| In File since: 1/13/2011 | Date of Birth: [redacted] |
| Dispute Date: | |

| | | | | |
|---|---|---|---|---|
| 11/06/2025 | WLCC Lending dba JustLoans | 1 Wakpamni Lake Housing<br>Batesland, SD 57716<br>18007555351 | m******1@gmail.com | |
| 11/06/2025 | Ningo Lending LLC DBA Spotloan | P.O. Box 720<br>Belcourt, ND 58316<br>888-681-6811 | m******1@gmail.com | |
| 10/31/2025 | WLCC Lending dba JustLoans | 1 Wakpamni Lake Housing<br>Batesland, SD 57716<br>18007555351 | m******4@hotmail.com | |
| 09/24/2025 | BMG Money | 444 Brickell Ave, Suite 250<br>Miami, FL 33131<br>6782168841<br>raja.sundararajan@bmgmoney.com | m******1@gmail.com | |
| 09/01/2025 | Niswi dba Lendumo | PO Box 542<br>Lac du Flambeau, WI 54538<br>8775581999<br>customerservice@lendumo.com | m******4@hotmail.com | |

**HOME TELEPHONE NUMBERS**

| Date Reported | Company Name | Company Contact | Home Telephone /number | Dispute Date |
|---|---|---|---|---|
| 09/01/2025 | Niswi dba Lendumo | PO Box 542<br>Lac du Flambeau, WI 54538<br>8775581999<br>customerservice@lendumo.com | (***) ***[redacted] | |
| 08/02/2025 | Layma, LLC d/b/a Little Lake Lending | 2726 Mission Rancheria Road<br>Lakeport, CA 95453<br>18446009737<br>disputes@littlelakelending.com | (***) ***[redacted] | |
| 06/14/2025 | Makwa, LLC dba Makwa Finance | PO Box 343<br>Lac du Flambeau, WI 54538<br>855-853-4392<br>customerservice@makwafinance.com | (***) ***-[redacted] | |
| 10/29/2024 | Speedy Servicing | P.O. Box 3512<br>Champlain, NY 12919-3512<br>844-810-2274<br>info@speedyloan.com | (***) ***[redacted] | |
| 10/28/2024 | Layma, LLC d/b/a Little Lake Lending | 2726 Mission Rancheria Road<br>Lakeport, CA 95453<br>18446009737<br>disputes@littlelakelending.com | (***) ***[redacted] | |
| 07/10/2020 | RBC Servicing, LLC | 1614 Hampton Road<br>Texarkana, TX 75503<br>888-387-1977<br>customerservice@riverbendcash.com | (***) ***-[redacted] | |

**DRIVER LICENSES**

| Date Reported | Company Name | Company Contact | Driver License Number | Dispute Date |
|---|---|---|---|---|
| 09/01/2025 | Niswi dba Lendumo | PO Box 542<br>Lac du Flambeau, WI 54538<br>8775581999<br>customerservice@lendumo.com | ••••••••[redacted] | |
| 08/02/2025 | Layma, LLC d/b/a Little Lake Lending | 2726 Mission Rancheria Road<br>Lakeport, CA 95453<br>18446009737<br>disputes@littlelakelending.com | ••••••••[redacted] | |
| 06/14/2025 | Makwa, LLC dba Makwa Finance | PO Box 343<br>Lac du Flambeau, WI 54538<br>855-853-4392<br>customerservice@makwafinance.com | ••••••••[redacted] | |





| | | | | | | |
|---|---|---|---|---|---|---|
| 12/15/2015 | WLCC Lending FDL dba First Day Loan | PO Box 44; #1 Wakpamni Lake Housing<br>Batesland, SD 57716<br>855-876-8584<br>clientservices@firstdayloan.com | COMMUNITY CARE CENTER | $6,500.00 | Bi-weekly | |
| 12/15/2015 | Target Finance | 353 Old Hays Road<br>Hays, MT 59527<br>18003469348<br>customerservice@targetcashnow.com | COMMUNITY CARE CENTER | $3,000.00 | Bi-weekly | |
| 12/15/2015 | WLCC Lending FDL dba First Day Loan | PO Box 44; #1 Wakpamni Lake Housing<br>Batesland, SD 57716<br>855-876-8584<br>clientservices@firstdayloan.com | COMMUNITY CARE CENTER | $6,500.00 | Bi-weekly | |
| 12/15/2015 | Target Finance | 353 Old Hays Road<br>Hays, MT 59527<br>18003469348<br>customerservice@targetcashnow.com | COMMUNITY CARE CENTER | $3,000.00 | Bi-weekly | |

| Date Reported | Company Name | Company Contact | Routing Number | Account Number | Dispute Date |
|---|---|---|---|---|---|
| 11/6/2025 3:37:00 PM | WLCC Lending dba JustLoans | 1 Wakpamni Lake Housing<br>Batesland, SD 57716<br>18007555351 | 256074974 | •••••[redacted] | |
| 11/6/2025 2:25:36 PM | Ningo Lending LLC DBA Spotloan | P.O. Box 720<br>Belcourt, ND 58316<br>888-681-6811 | 256074974 | •••••[redacted] | |
| 10/31/2025 10:46:01 AM | WLCC Lending dba JustLoans | 1 Wakpamni Lake Housing<br>Batesland, SD 57716<br>18007555351 | 063106750 | ••••••[redacted] | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Self Lender | 2577 | 515 Congress Ave<br>Suite 2000<br>Austin, TX 78701<br>877-883-0999<br>help@selflender.com | Secured | 05/12/2020 | 02/28/2021 | $539.00 | $40.00 | $0.00 | 360 | Current Account | 8697224 | 07/31/2020 |

| | | | |
|---|---|---|---|
| 11/28/2025 | 7009 | TransUnion/Monevo Inc | 600 B Street Suite 300<br>San Diego, CA 92101<br>(631) 572-7872 |
| 11/06/2025 | 7009 | TransUnion/Monevo Inc | 600 B Street Suite 300<br>San Diego, CA 92101<br>(631) 572-7872 |
| 10/31/2025 | 7009 | TransUnion/Monevo Inc | 600 B Street Suite 300<br>San Diego, CA 92101<br>(631) 572-7872 |
| 10/10/2025 | 7009 | TransUnion/Monevo Inc | 600 B Street Suite 300<br>San Diego, CA 92101<br>(631) 572-7872 |