**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MAE ONER,**

*Plaintiff,*

**v.** **Case No: 8:26-cv-01655-TPB-NHA**

**FACTORTRUST, INC.,**

*Defendant* _____________/

**NOTICE OF PENDING SETTLEMENT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case as to these Defendant with prejudice.

Respectfully submitted on August 24, 2026.

**SERAPH LEGAL, P. A.**

/s/ *James Hubbard*
James Hubbard, Esq.
FBN: 121405
3035 East Frontage Rd., Suite 145
Tampa, FL 33607
Tel: 813-321-2348
JHubbard@seraphlegal.com